Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Special Counsel for Wendell Webster in*
*His Official Capacity as Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION | ) | (Chapter 7) |
| CO., LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WENDELL WEBSTER, in his official | ) | |
| capacity as chapter 7 trustee and as assignee | ) | Adv. Case No. 25-10049-ELG |
| of Industrial Bank and Nationwide | ) | |
| Mutual Insurance Company | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLOUDFUND LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **REQUEST FOR ENTRY OF CLERK'S DEFAULT**

Comes now Wendell Webster, in his official capacity as trustee ("Trustee") of the bankruptcy estate of Broughton Construction Co., LLC (the "Estate"), by and through his undersigned special counsel, pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55(a), and moves the clerk of this Honorable Court to enter the default of Cloudfund LLC ("Cloudfund"), and in support thereof states as follows:

1

This matter was filed on December 14, 2025, *see* Complaint, DE #1, with a summons thereafter being issued on December 19, 2025, DE #3, and service thereof being timely effectuated on December 29, 2025, DE #6.[1] An answer or responsive filing was due not later than January 13, 2026. *See* Summons, DE #3; Fed. R. Bankr. P. 7012(a)(1).

Undersigned counsel did informally agree to various extensions of time, of the aforesaid deadline, with an agreement being reached with one attorney—informally indicating his representation of Cloudfund—to and through February 27, 2026. A conversation with another attorney led to an informal extension to and through the hearing scheduled in this matter on March 4, 2026.

The hearing of even date has now concluded, with no answer or responsive filing having been made, with no counsel for Cloudfund having appeared at the hearing, and with no formal appearance having been made in this case by counsel for Cloudfund.

Accordingly, consistent with the allowances of Federal Rule of Civil Procedure 55(a)—made applicable by Federal Rule of Bankruptcy Procedure 7055—the Trustee respectfully asks the clerk of this Honorable Court to enter the default of Cloudfund.

---

[1] A summons and complaint are to be served within 7 days of issuance of the summons. *See* Fed. R. Bankr. P. 7004(e)(1). When the last day of a period is a Saturday, Sunday, or legal holiday, "the period continues to run until the end of the next day that is a Saturday, Sunday, or legal holiday." Fed. R. Bankr. P. 9006(a)(1)(C). Insofar as December 26, 2025 was a holiday observed by this Honorable Court, with December 27 and 28, 2025 being a traditional weekend, December 29, 2025—the date upon which service was effectuated—was the applicable deadline, thereby rendering service timely in nature.

                                                                  Respectfully submitted,

Dated: March 4, 2026                                By: /s/ Maurice B. VerStandig
                                                             Maurice B. VerStandig, Esq.
                                                             Bar No. MD18071
                                                             The VerStandig Law Firm, LLC
                                                             9812 Falls Road, #114-160
                                                             Potomac, Maryland 20854
                                                             Phone: (301) 444-4600
                                                             Facsimile: (301) 444-4600
                                                             mac@mbvesq.com
                                                             *Special Counsel to Wendell Webster*
                                                             *In His Official Capacity as*
                                                             *Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2026, a copy of the foregoing was served electronically upon filing via the ECF system. Pursuant to Federal Rule of Civil Procedure 5(a)(2)—made applicable by Federal Rule of Bankruptcy Procedure 7005—no independent service of this *ex parte* request is being made upon Cloudfund

                                                                      /s/ Maurice B. VerStandig
                                                                      Maurice B. VerStandig