# United States Bankruptcy Court
# District of Columbia

In re

| | | |
|---|---|---|
| Broughton Construction Co., LLC | ) | |
| Debtor | ) | Case No. 23-00378-ELG |
| | ) | |
| | ) | Chapter 7 |
| Wendell Webster | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Cloudfund LLC | ) | |
| Defendant. | ) | Adv. Proc. No. 25-10049-ELG |
| | ) | |
| | ) | |

## ENTRY OF DEFAULT

It appears from the record that the defendant, **Cloudfund LLC** failed to plead or otherwise defend this action though duly served with a summons and a copy of the complaint on December 29, 2025, and an affidavit on behalf of the plaintiff having been filed, it is this 4th day of March 2026 declared that defendant is in default as authorized by Federal Rule of Bankruptcy Procedure 7055.

ANGELA D. CAESAR, Clerk

March 4, 2026      By: /s/ C. Alde
Date                Deputy Clerk