# United States Bankruptcy Court
## District of Columbia

In re

| | | |
|---|---|---|
| Broughton Construction Co., LLC | ) | |
| Debtor | ) | Case No. 23-00378-ELG |
| | ) | |
| | ) | Chapter 7 |
| Wendell Webster | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Cloudfund LLC | ) | |
| Defendant. | ) | Adv. Proc. No. 25-10049-ELG |
| | ) | |
| | ) | |

**ENTRY OF DEFAULT**

It appears from the record that the defendant, **Cloudfund LLC** failed to plead or otherwise defend this action though duly served with a summons and a copy of the complaint on <u>December 29, 2025,</u> and an affidavit on behalf of the plaintiff having been filed, it is this 4th<u> day of March 2026</u> declared that defendant is in default as authorized by Federal Rule of Bankruptcy Procedure 7055.

ANGELA D. CAESAR, Clerk

<u>  March 4, 2026  </u>                             By:  <u>  /s/ C. Alde  </u>
              Date                                                        Deputy Clerk

United States Bankruptcy Court

District of Columbia

Webster,
    Plaintiff

Adv. Proc. No. 25-10049-ELG

Cloudfund LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Mar 04, 2026      Form ID: pdf001      Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Mar 04 2026 22:07:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Mar 04 2026 21:59:52 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2026 22:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Mar 04 2026 21:59:59 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Mar 04 2026 22:07:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Mar 04 2026 22:07:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 04 2026 22:07:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| dft | | Email/Text: bankruptcy@deltabridgefunding.com | Mar 04 2026 22:07:00 | Cloudfund LLC, 400 Rella Blvd., Suite 165-101, Suffern, NY 10901 |
| pla | + | Email/Text: wwebster@websterfredrickson.com | Mar 04 2026 22:07:00 | Wendell Webster, 1101 Connecticut Avenue, NW, Suite 402, Washington, DC 20036-4303 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 04, 2026 | Form ID: pdf001 | Total Noticed: 11 |

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Plaintiff Wendell Webster mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 1